RACHAEL LOUIE HOLMES, SBN 285228
Homeless Action Center
3126 Shattuck Avenue
Berkeley, CA  946705
(510) 698-1620 tel
(510) 540-0403 fax
rholmes@homelessactioncenter.org

Attorney for Plaintiff



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MADRID<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Acting Commissioner of Social Security.<br><br>　　　　Defendant. | Case No. 25-cv-02900-VKD |

　　　IT IS HEREBY STIPULATED, through undersigned counsel and subject to the approval of the court, that the time for Plaintiff Michelle Madrid to file her opening Brief in Support of the third remand in this matter ("Brief") be extended by thirty-one days. The undersigned attorney for Plaintiff has competing deadlines and needs additional time to allow for sufficient re-review of the record, which is voluminous.  This request is made in good faith and with no intention to unduly delay the proceedings. Plaintiff's Brief was originally due on

Tuesday, July 15, 2025 pursuant to Civil L.R. 16-5. Plaintiff's Brief is now due on Friday, August 15, 2025.

Dated this 2nd day of July, 2025                                Respectfully submitted,

/s/ Rachael L. Holmes
Rachael Louie Holmes
Attorney for MICHELLE MADRID
ALAMEDA COUNTY
HOMELESS ACTION CENTER
2150 Dwight Way
Berkeley, CA 94704

/s/ Erin Highland
Erin Highland
United States Attorney
Office of the General Counsel
Phone: (206) 615-2495